NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

DAVID BAUM LAW CORP.
David M. Baum, Esq. (SBN 214571)
1999 Avenue of the Stars, Suite 1100
Los Angles, CA 90067
Tel. 310-552-9100
Fax 310-552-9101

ATTORNEY(S) FOR: Plaintiffs ARMLA ONE, Inc., et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ARMLA ONE, INC., ARMLA TWO, INC. AND GOMPERS SOCEQ, INC., Plaintiff(s), v. CITY OF LOS ANGELES, LOS ANGELES DEPARTMENT OF CANNABIS REGULATION, CAT PACKER, AND DOES 1-100, Defendant(s) | CASE NUMBER: 2:20-cv-07965 CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   ARMLA ONE, INC., ARMLA TWO, INC. AND GOMPERS SOCEQ, INC. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ARMLA ONE, INC. | PLAINTIFF |
| ARMLA TWO, INC. | PLAINTIFF |
| GOMPERS SOCEQ, INC. | PLAINTIFF |
| JEFFREY JENSEN | CO-OWNER OF ARMLA ONE, INC.; ARMLA TWO, INC.; AND GOMPERS SOCEQ, INC. |
| MIXTLI AVILA-ANDRADE | CO-OWNER OF ARMLA ONE, INC. |
| JAVIER JOSE GUERRA | CO-OWNER OF ARMLA TWO, INC. |
| ARTURO AVILA-ANDRADE | CO-OWNER OF GOMPERS SOCEQ, INC. |
| CITY OF LOS ANGELES | DEFENDANT |
| L.A. DEPARTMENT OF CANNABIS REGULATION | DEFENDANT |
| CAT PACKER | DEFENDANT |

August 31, 2020
Date

David Baum
Signature

Digitally signed by David Baum
DN: cn=David Baum, o, ou, email=crimatty@ca.rr.com, c=US
Date: 2020.08.31 17:26:08 -07'00'

Attorney of record for (or name of party appearing in pro per):

ARMLA ONE, INC., ARMLA TWO, INC.; GOMPERS SOCEQ,